UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARLENE WARD, | CASE NO. EDCV 09-1122 AGR |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed, and the matter is remanded for further proceedings consistent with this opinion.

DATED: March 23, 2011

_____
ALICIA G. ROSENBERG
United States Magistrate Judge